# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CEDRIC HUTTON (#472162)                                    CIVIL ACTION

VERSUS

KRISTNA SHANMUGOM                                          NO. 16-0854-SDD-EWD

## NOTICE

     Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

     In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein.   Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

     ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

     Signed in Baton Rouge, Louisiana, on July 31, 2017.


**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

CEDRIC HUTTON (#472162)                                    CIVIL ACTION

VERSUS

KRISTNA SHANMUGOM                                     NO. 16-0854-SDD-EWD

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

*Pro se* Plaintiff, an inmate confined at the Louisiana State Penitentiary, Angola, Louisiana, filed this proceeding pursuant to 42 U.S.C. § 1983 against Kristna Shanmugom, M.D., complaining regarding the results of a surgical procedure conducted in December 2015 at the University Medical Center in New Orleans, Louisiana.

Under the provisions of 28 U.S.C. § 1391(b)(1) and (2), a civil action may generally be brought in a judicial district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred.    Further, pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), a case filed in a Court of improper or inconvenient venue may be transferred, in the interest of justice and for the convenience of the parties and witnesses, to a district in which it could have been brought.    In the instant case, although Plaintiff is currently confined in the Middle District of Louisiana, he complains regarding an incident that occurred entirely in the Eastern District.    Inasmuch as Defendant and the principal witnesses related to Plaintiff's claims may be located in the Eastern District, the Court believes that it is in the interest of justice to transfer this case to the Eastern District of Louisiana where the evidence and witnesses will more likely be easily located and produced.

## <u>RECOMMENDATION</u>

It is recommended that this matter be transferred to the Eastern District of Louisiana for further proceedings.   It is further recommended that a determination regarding Plaintiff's right to proceed as a pauper herein be deferred to the transferee court for resolution and disposition.

Signed in Baton Rouge, Louisiana, on July 31, 2017.


**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**