UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CEDRIC HUTTON (#472162)

VERSUS

KRISTNA SHANMUGOM

CIVIL ACTION

16-854-SDD-EWD

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated July 31, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this matter is to be transferred to the Eastern District of Louisiana for further proceedings. A determination regarding Plaintiff's right to proceed as a *pauper* herein be deferred to the transferee court for resolution and disposition.

Baton Rouge, Louisiana the 15 day of August, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 5.